| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Jayden A Ruiz | CASE NO.: 2:24-bk-11992-DS<br>CHAPTER: Chapter 7 |
|---|---|
| Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/13/2024    Jayden A Ruiz    _____
                    Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.



**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

| | |
|---|---|
| Pay Period Ending Date: | 01/13/2024 |
| Salary Anniversary Date: | |
| Vacation Anniversary Date: | 08/21/2025 |
| Advice No: | 13189 |
| Advice Date: | 01/24/2024 |

| | |
|---|---|
| JAYDEN A RUIZ | |
| Employee ID: | 99936 |
| MOU: 14 SERVICEMEN & CRAFTSMEN | |

| | |
|---|---|
| Department: | 3351 GSD FLEET SERVICES |
| Division: | 681 |
| Job Class: | 3704 - 5 AUTO BODY BLDR/REPAIRER |
| Salary Step: | 0 |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | | 1 |
| Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| FH | Floating Holiday | 16.00 | 46.36 | 741.71 |
| HO | Holiday Hours | 8.00 | 46.36 | 370.85 |
| HW | Hours Worked | 45.00 | 46.36 | 2,086.06 |
| VC | Vacation | 11.00 | 46.36 | 509.92 |
| TA | Tool Allowance | | | 50.00 |
| UA | Uniform Allowance | | | 10.00 |

Gross Pay    3,768.54

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 347.76 | 685.20 |
| 01 | State Withholding | 114.42 | 223.17 |
| 04 | Tier 1 Retirement | 222.51 | 439.22 |
| 04C | Tier1 Ret Health Defrayal | 148.34 | 292.82 |
| 87 | Deferred Comp Loan Pmt | 11.78 | 23.56 |
| 07 | FICA Medicare | 61.34 | 121.28 |
| 04D | Tier 1 ERIP Recovery | 37.09 | 73.21 |
| 86 | Deferred Comp -PreTax | 25.00 | 50.00 |
| | Total Taxes & Ret/Pen | 968.24 | 1,908.46 |

### CITY PAID BENEFITS

| CD | Description | | |
|---|---|---|---|
| FM-F1 | Health Ins | 853.52 | 1,707.04 |
| FN-F2 | Dental Ins | 21.46 | 42.92 |
| FP-FP | Basic Life Ins | 0.43 | 0.86 |
| FQ-FQ | Basic Disability Ins | 13.20 | 26.40 |
| FV-FV | Vision Ins | 4.54 | 9.08 |
| | TOTAL CITY PAID BENEFITS | 893.15 | 1,786.30 |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| 32 | Loc 721 PAC | 0.00 | 0.00 |
| 41 | LACEA | 3.00 | 6.00 |
| 53 | SEIU Loc 721 Dues | 49.11 | 98.21 |
| 9H3 | Garn - Sheriff | 553.92 | 1,094.11 |
| F1 | Health Ins - DP | 0.00 | 0.00 |
| F2 | Dental Ins - DP | 25.89 | 51.78 |
| FS | Disability Ins | 33.43 | 66.86 |
| GFS | Garn Fee - Sheriff | 12.00 | 24.00 |
| GFW | Garn Fee - Writ | 1.50 | 3.00 |
| XAD | Current YR IOD Conv | 0.00 | 0.00 |
| | Total Deductions | 678.85 | 1,343.96 |

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,768.54 | | 968.24 | 678.85 | 2,121.45 |
| YTD | 7,440.41 | | 1,908.46 | 1,343.96 | 4,187.99 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time | Supp Paid Sick Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 200.65 | 116.50 | 640.00 | | | | | | | | | | |
| Earned | | 96.00 | 40.00 | | | | 16 | 40.00 | | | | | 40.00 |
| Used | 11.00 | | | | | | 16 | | | | | | |
| Adjusted | | | | | | | | | | | | | |
| New Balance | 189.65 | 212.50 | 680.00 | | | | | 40.00 | | | | | 40.00 |

**Messages:** FOR INFORMATION ON THE MARCH PRIMARY ELECTION, VISIT @ LAVOTE.GOV

---

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**
WARNING: You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

ADVERTENCIA  Es necesario que usted le avise a su patrón o a su compañía de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

---

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 01/24/2024    ADVICE NO:    13189

TWO THOUSAND ONE HUNDRED TWENTY-ONE DOLLARS AND 45/100*************************************

**NON NEGOTIABLE**

Dept  3351    Div  681    PPE  01/13/2024    Account No. XXXXXXXXXXXXXXXXX

DOLLARS ****$  *********2,121.45

Deposit To the Account of    JAYDEN A RUIZ

**FILE COPY**

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7400.    J.P. Morgan Chase Bank, N.A.



**CITY OF LOS ANGELES**
200 N. Main Street, Suite 300
Los Angeles, CA 90012

| | |
|---|---|
| Pay Period Ending Date: | 01/27/2024 |
| Salary Anniversary Date: | |
| Vacation Anniversary Date: | 08/21/2025 |
| Advice No: | 13220 |
| Advice Date: | 02/07/2024 |

| | | | | |
|---|---|---|---|---|
| JAYDEN A RUIZ | | Department: | 3351 | GSD FLEET SERVICES |
| Employee ID: | 99936 | Division: | 681 | |
| MOU: | 14 SERVICEMEN & CRAFTSMEN | Job Class: | 3704 - 5 | AUTO BODY BLDR/REPAIRER |
| | | Salary Step: | 0 | |

| Tax Data | Federal | State |
|---|---|---|
| Marital Status | Married | Married |
| Allowances | | 1 |
| Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HO | Holiday Hours | 8.00 | 46.36 | 370.85 |
| HW | Hours Worked | 45.00 | 46.36 | 2,086.06 |
| SK | 100% Sick Time | 27.00 | 46.36 | 1,251.63 |
| TA | Tool Allowance | | | 50.00 |
| UA | Uniform Allowance | | | 10.00 |
| | **Gross Pay** | | | **3,768.54** |

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 347.76 | 1,032.96 |
| 01 | State Withholding | 114.42 | 337.59 |
| 04 | Tier 1 Retirement | 222.51 | 661.73 |
| 86 | Deferred Comp -PreTax | 25.00 | 75.00 |
| 07 | FICA Medicare | 61.34 | 182.62 |
| 04D | Tier 1 ERIP Recovery | 37.09 | 110.30 |
| 87 | Deferred Comp Loan Pmt | 11.78 | 35.34 |
| 04C | Tier1 Ret Health Defrayal | 148.34 | 441.16 |
| | **Total Taxes & Ret/Pen** | **968.24** | **2,876.70** |

### CITY PAID BENEFITS

| | | Current | YTD |
|---|---|---|---|
| FM-F1 | Health Ins | 853.52 | 2,560.56 |
| FN-F2 | Dental Ins | 21.46 | 64.38 |
| FP-FP | Basic Life Ins | 0.43 | 1.29 |
| FQ-FQ | Basic Disability Ins | 13.20 | 39.60 |
| FV-FV | Vision Ins | 4.54 | 13.62 |
| | **TOTAL CITY PAID BENEFITS** | **893.15** | **2,679.45** |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| 32 | Loc 721 PAC | 0.00 | 0.00 |
| 41 | LACEA | 3.00 | 9.00 |
| 53 | SEIU Loc 721 Dues | 49.11 | 147.32 |
| 9H3 | Garn - Sheriff | 472.37 | 1,566.48 |
| F1 | Health Ins - DP | 0.00 | 0.00 |
| F2 | Dental Ins - DP | 25.89 | 77.67 |
| FS | Disability Ins | 33.43 | 100.29 |
| GFS | Garn Fee - Sheriff | 12.00 | 36.00 |
| GFW | Garn Fee - Writ | 1.50 | 4.50 |
| XAD | Current YR IOD Conv | 0.00 | 0.00 |
| | **Total Deductions** | **597.30** | **1,941.26** |

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,768.54 | | 968.24 | 597.30 | 2,203.00 |
| YTD | 11,208.95 | | 2,876.70 | 1,941.26 | 6,390.99 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time | Supp Paid Sick Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 189.65 | 212.50 | 680.00 | | | | | | | | | | |
| Earned | 14.67 | | | | | | 16 | 40.00 | | | | | 40.00 |
| Used | | 27.00 | | | | | 16 | | | | | | |
| Adjusted | | | | | | | | | | | | | |
| New Balance | 204.31 | 185.50 | 680.00 | | | | | 40.00 | | | | | 40.00 |

**Messages:** VOTER REGISTRATION DEADLINE IS FEBRUARY 20, REGISTER @ LAVOTE.GOV

---

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**
WARNING: You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

ADVERTENCIA  Es necesario que usted le avise a su patrón o a su compañia de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

---

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 02/07/2024    ADVICE NO:    13220

TWO THOUSAND TWO HUNDRED THREE DOLLARS************************************

Dept  3351    Div  681    PPE 01/27/2024

DOLLARS ****$   ********2,203.00
Account No. XXXXXXXXXXXXXXXXX

**NON NEGOTIABLE**

**FILE COPY**

Deposit To the Account of    JAYDEN A RUIZ

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7400.

J.P. Morgan Chase Bank, N.A.



| CITY OF LOS ANGELES | Pay Period Ending Date: | 02/10/2024 | Advice No: | 13158 |
|---|---|---|---|---|
| 200 N. Main Street, Suite 300 | Salary Anniversary Date: | | Advice Date: | 02/21/2024 |
| Los Angeles, CA 90012 | Vacation Anniversary Date: | 08/21/2025 | | |

| JAYDEN A RUIZ | Department: | 3351 GSD FLEET SERVICES | Tax Data | Federal | State |
|---|---|---|---|---|---|
| Employee ID: 99936 | Division: | 681 | Marital Status | Married | Married |
| MOU: 14 SERVICEMEN & CRAFTSMEN | Job Class: | 3704 - 5 AUTO BODY BLDR/REPAIRER | Allowances | | 1 |
| | Salary Step: | 0 | Add'l Amount | | |

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HW | Hours Worked | 71.00 | 46.36 | 3,291.33 |
| VC | Vacation | 9.00 | 46.36 | 417.21 |
| TA | Tool Allowance | | | 50.00 |
| UA | Uniform Allowance | | | 10.00 |
| | **Gross Pay** | | | **3,768.54** |

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 347.76 | 1,446.72 |
| 01 | State Withholding | 114.42 | 471.81 |
| 04 | Tier 1 Retirement | 222.51 | 884.24 |
| 86 | Deferred Comp -PreTax | 25.00 | 100.00 |
| 07 | FICA Medicare | 61.34 | 248.31 |
| 04D | Tier 1 ERIP Recovery | 37.09 | 147.39 |
| 87 | Deferred Comp Loan Pmt | 11.78 | 47.12 |
| 04C | Tier1 Ret Health Defrayal | 148.34 | 589.50 |
| | **Total Taxes & Ret/Pen** | **968.24** | **3,935.09** |

### CITY PAID BENEFITS

| CD | Description | Current | YTD |
|---|---|---|---|
| FM-F1 | Health Ins | 853.52 | 3,414.08 |
| FN-F2 | Dental Ins | 21.46 | 85.84 |
| FP-FP | Basic Life Ins | 0.43 | 1.72 |
| FQ-FQ | Basic Disability Ins | 13.20 | 52.80 |
| FV-FV | Vision Ins | 4.54 | 18.16 |
| | **TOTAL CITY PAID BENEFITS** | **893.15** | **3,572.60** |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| 32 | Loc 721 PAC | 0.00 | 0.00 |
| 41 | LACEA | 3.00 | 12.00 |
| 53 | SEIU Loc 721 Dues | 49.11 | 196.43 |
| 9H3 | Garn - Sheriff | 469.37 | 2,035.85 |
| F1 | Health Ins - DP | 0.00 | 0.00 |
| F2 | Dental Ins - DP | 25.89 | 103.56 |
| FS | Disability Ins | 33.43 | 133.72 |
| GFS | Garn Fee - Sheriff | 15.00 | 51.00 |
| GFW | Garn Fee - Writ | 1.50 | 6.00 |
| XAD | Current YR IOD Conv | 0.00 | 0.00 |
| | **Total Deductions** | **597.30** | **2,538.56** |

| | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,768.54 | | 968.24 | 597.30 | 2,203.00 |
| YTD | 15,277.49 | | 3,935.09 | 2,538.56 | 8,803.84 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time | Supp Paid Sick Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 204.31 | 185.50 | 680.00 | | | | | | | | | | |
| Earned | | | | | | | 16 | 40.00 | | | | | 40.00 |
| Used | 9.00 | | | | | | 16 | | | | | | |
| Adjusted | | | | | | | | | | | | | |
| New Balance | 195.31 | 185.50 | 680.00 | | | | | 40.00 | | | | | 40.00 |

**Messages:** FIND THE NEAREST BALLOT DROPBOX OR VOTE CENTER @ LAVOTE.GOV

---

**IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS**

WARNING: You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

ADVERTENCIA  Es necesario que usted le avise a su patrón o a su compañia de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

---

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 02/21/2024    ADVICE NO:  13158

TWO THOUSAND TWO HUNDRED THREE DOLLARS*********************    DOLLARS ****$  ********2,203.00

Dept  3351    Div  681    PPE 02/10/2024    Account No. XXXXXXXXXXXXXXXX

NON NEGOTIABLE

Deposit To the Account of    JAYDEN A RUIZ

**FILE COPY**

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7400.    J.P. Morgan Chase Bank, N.A.



CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012

Pay Period Ending Date: 02/24/2024
Salary Anniversary Date:
Vacation Anniversary Date: 08/21/2025

Advice No.: 13213
Advice Date: 03/06/2024

JAYDEN A RUIZ
Employee ID: 99936
MOU: 14 SERVICEMEN & CRAFTSMEN

Department: 3351 GSD FLEET SERVICES
Division: 681
Job Class: 3704 - 5 AUTO BODY BLDR/REPAIRER
Salary Step: 0

Tax Data — Federal / State
Marital Status: Married / Married
Allowances: / 1
Add'l Amount:

### EARNINGS AND OTHER COMPENSATION

| CD | Description | Hours | Rate | Earnings |
|---|---|---|---|---|
| HO | Holiday Hours | 8.00 | 46.36 | 370.85 |
| HW | Hours Worked | 62.00 | 46.36 | 2,874.12 |
| VC | Vacation | 10.00 | 46.36 | 463.57 |
| TA | Tool Allowance | | | 50.00 |
| | Gross Pay | | | 3,758.54 |

### TAXES AND RETIREMENT/PENSION

| CD | Description | Current | YTD |
|---|---|---|---|
| 02 | Fed Withholding | 346.56 | 1,793.28 |
| 01 | State Withholding | 113.76 | 585.57 |
| 04 | Tier 1 Retirement | 222.51 | 1,106.75 |
| 86 | Deferred Comp -PreTax | 25.00 | 125.00 |
| 07 | FICA Medicare | 61.19 | 309.50 |
| 04D | Tier 1 ERIP Recovery | 37.09 | 184.48 |
| 87 | Deferred Comp Loan Pmt | 11.78 | 58.90 |
| 04C | Tier1 Ret Health Defrayal | 148.34 | 737.84 |
| | Total Taxes & Ret/Pen | 966.23 | 4,901.32 |

### CITY PAID BENEFITS

| CD | Description | Current | YTD |
|---|---|---|---|
| FM-F1 | Health Ins | 853.52 | 4,267.60 |
| FN-F2 | Dental Ins | 21.46 | 107.30 |
| FP-FP | Basic Life Ins | 0.43 | 2.15 |
| FQ-FQ | Basic Disability Ins | 13.20 | 66.00 |
| FV-FV | Vision Ins | 4.54 | 22.70 |
| | TOTAL CITY PAID BENEFITS | 893.15 | 4,465.75 |

### DEDUCTIONS

| CD | Description | Current | YTD |
|---|---|---|---|
| 32 | Loc 721 PAC | 0.00 | 0.00 |
| 41 | LACEA | 3.00 | 15.00 |
| 53 | SEIU Loc 721 Dues | 49.11 | 245.54 |
| 9H3 | Garn - Sheriff | 466.18 | 2,502.03 |
| F1 | Health Ins - DP | 0.00 | 0.00 |
| F2 | Dental Ins - DP | 25.89 | 129.45 |
| FS | Disability Ins | 33.43 | 167.15 |
| GFS | Garn Fee - Sheriff | 15.00 | 66.00 |
| GFW | Garn Fee - Writ | 1.50 | 7.50 |
| XAD | Current YR IOD Conv | 0.00 | 0.00 |
| | Total Deductions | 594.11 | 3,132.67 |

|  | TOTAL GROSS | IMPUTED INCOME | TOTAL TAXES & RET/PEN | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,758.54 | | 966.23 | 594.11 | 2,198.20 |
| YTD | 19,036.03 | | 4,901.32 | 3,132.67 | 11,002.04 |

### LEAVE BALANCE HOURS

| Description | Vacation | Sick 100% | Sick 75% | Sick 50% | OT 1.5 | OT 1.0 | Floating Holiday YTD | Personal Leave YTD | CPTO | Reduced Hrs Owed | Excess SK Banked | Excess Work Time | Supp Paid Sick Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior Balance | 195.31 | 185.50 | 680.00 | | | | | 40.00 | | | | | 40.00 |
| Earned | 14.67 | | | | | | 16 | | | | | | |
| Used | 10.00 | | | | | | 16 | | | | | | |
| Adjusted | | | | | | | | | | | | | |
| New Balance | 199.98 | 185.50 | 680.00 | | | | | 40.00 | | | | | 40.00 |

**Messages:** YOU MAY BE ELIGIBLE FOR EARNED INCOME CREDIT. SEE WWW.IRS.GOV/EITC

IMPORTANT MESSAGE FOR CITY OF LOS ANGELES EMPLOYEES RECEIVING TEMPORARY DISABILITY BENEFITS
WARNING: You are required to report to your employer or the insurance company any money that you earned for work during the time covered by this check, and before cashing this check. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

ADVERTENCIA   Es necesario que usted le avise a su patrón o a su compañia de seguro todo dinero que usted ha ganado pro trabajar, durante el tiempo cubierto por éste checque, y antes de cambiar éste cheque. Si usted no sigue estos reglamentos, usted puede estar en violación de la ley y el castigo podría ser cárcel o prisión, una multa, y pérdida de beneficios.

CITY OF LOS ANGELES
200 N. Main Street, Suite 300
Los Angeles, CA 90012



Fund 825
General Payroll/Reimbursement

DATE: 03/06/2024    ADVICE NO: 13213

TWO THOUSAND ONE HUNDRED NINETY-EIGHT DOLLARS AND 20/100************************************

DOLLARS ****$  ********2,198.20

Dept 3351   Div 681   PPE 02/24/2024    Account No. XXXXXXXXXXXXXXXXX

NON-NEGOTIABLE

FILE COPY

Deposit To the Account of: JAYDEN A RUIZ

THANK YOU FOR BEING ON DIRECT DEPOSIT
For questions regarding your direct deposit call (213)978-7400.    J.P. Morgan Chase Bank, N.A.