Sam S. Leslie, Chapter 7 Trustee
1130 S. Flower Street, Suite 312
Los Angeles, CA 90015
Telephone: (323) 987-5780
Email: trustee@trusteeleslie.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JAYDEN A RUIZ<br><br><div align=center>Debtor(s)</div> | Case No. 2:24-11992-DS<br><br>A Chapter 7 Proceeding<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR(S):

      You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-captioned matter has been continued to **May 14, 2024 at 10:00 AM**, for OUST investigation and trustee investigation. Please contact Trustee's office (trustee@trusteeleslie.com) to see if appearances or additional documents are required.

      Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors will be conducted telephonically. The telephone call in number and passcode for the § 341 Meeting of Creditors is set forth in the enclosed Notice.

      Please make sure that prior to the meeting you have read the enclosed information for the Section 341(a) Meeting of Creditors and follow all instructions. Also, prior to your meeting you must have read the enclosed Information Sheet provided by the Office of the United States Trustee.

Dated:    April 26, 2024           /s/ Sam S. Leslie
                                      Sam S. Leslie, Chapter 7 Trustee

      I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, if applicable, on April 26, 2024.

                               /s/ Shawn Sterrett
                               Shawn Sterrett

### NOTICE FROM THE UNITED STATES TRUSTEE
### INSTRUCTIONS AND INFORMATION
### FOR PARTICIPATION IN TELEPHONIC SECTION 341 MEETINGS
### IN LOS ANGELES IN THE CENTRAL
### DISTRICT OF CALIFORNIA

| Bankruptcy Chapter | Normal 341 Location | Presiding Trustee | Call In Information |
|---|---|---|---|
| Chapter 7 | Los Angeles | Wesley Avery | Conference Line: 1-866-916-8264<br>Participant Code: 2983420 |
| Chapter 7 | Los Angeles | Carolyn Dye | Conference Line: 1-866-917-3563<br>Participant Code: 6182652 |
| Chapter 7 | Los Angeles | Howard Ehrenberg | Conference Line: 1-866-818-4478<br>Participant Code: 5458706 |
| Chapter 7 | Los Angeles | Rosendo Gonzalez | Conference Line: 1-866-917-0421<br>Participant Code: 6008507 |
| Chapter 7 | Los Angeles | David Goodrich | Conference Line: 1-866-710-4230<br>Participant Code: 1247053 |
| Chapter 7 | Los Angeles | Brad Krasnoff | Conference Line: 1-866-916-1638<br>Participant Code: 9381167 |
| Chapter 7 | Los Angeles | Heide Kurtz | Conference Line: 1-866-917-3705<br>Participant Code: 3458508 |
| Chapter 7 | Los Angeles | Samuel Leslie | Conference Line: 1-866-918-9721<br>Participant Code: 6941605 |
| Chapter 7 | Los Angeles | Peter Mastan | Conference Line: 1-866-917-1475<br>Participant Code: 1762588 |
| Chapter 7 | Los Angeles | John Menchaca | Conference Line:  1-866-918-0230<br>Participant Code:  6532752 |
| Chapter 7 | Los Angeles | Elisa Miller | Conference Line: 1-866-918-5491<br>Participant Code: 9337603 |
| Chapter 7 | Los Angeles | John Pringle | Conference Line:  1-866-912-2132<br>Participant Code:  2959994 |
| Chapter 7 | Los Angeles | Jason Rund | Conference Line:  1-866-916-3454<br>Participant Code:  4876953 |
| Chapter 7 | Los Angeles | Edward Wolkowitz | Conference Line:  1-866-710-0735<br>Participant Code:  2846904 |
| Chapter 7 | Los Angeles | Timothy Yoo | Conference Line:  1-866-718-1353<br>Participant Code:  2196108 |
| Chapter 13 | Los Angeles | Kathy Dockery | Conference Line: 1-866-918-7973<br>Participant Code:  2040162<br>Conference Line:  1-866-917-6289<br>Participant Code:  5181097<br>Conference Line:  1-866-909-0478<br>Participant Code:  7099618 |
| Chapter 13 | Los Angeles | Nancy Curry | Conference Line:  1-866-914-6621<br>Participant Code:  8414351 |
| Chapter 11 | Los Angeles | Office of U.S. Trustee | Conference Line: 1-866-821-3048<br>Participant Code: 4464878<br>[OR]<br>Conference Line: 1-866-816-0394<br>Participant Code: 5282999<br>[OR]<br>Conference Line:  1-866-811-2961<br>Participant Code:  9609127 |

<u>Identification Procedures</u> - Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee prior to the start of the section 341 meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if unrepresented. If such proof has not been provided, the 341 meeting will be continued until the trustee has received proof of identification.

<u>Preparation for the Call</u>:

- Use a landline to avoid interruptions and background noise. Avoid using a cell phone, if possible.
- Each call will have multiple cases; after connecting to the call please place your phone on mute and wait until your case is called before speaking.
- When your case is called, please speak clearly and loudly as the meeting is being recorded.
- Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.

## INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors ("Meetings") will be conducted telephonically.  The telephone call in number and passcode for the § 341 Meeting of Creditors ("Meeting") is set forth in the enclosed Notice.

**Dial-In Information:**

(1)  You must use a touch-tone phone to participate.

(2)  Landline preferred.  If you have a choice, use a landline phone, instead of a cell phone.  Do not use a speaker phone.

(3)   Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.  Immediately place your phone on mute.

(4)   Make the call from a quiet area where there is as little background noise as possible.

(5)   As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6)   When speaking during your case, identify yourself.

(7)   Do not put the phone on hold at any time after the call is connected.

(8)   If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.

(9)  Once the case Meeting is finished, hang up.

(10)  If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**No Recording**:   The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

**U.S. Department of Justice**
*Office of the United States Trustee*



*Bankruptcy Law is a federal law. This sheet provides you with general information about what happens in a bankruptcy case. The information here is not complete. You may need legal advice.*

## When You File Bankruptcy

You can choose the kind of bankruptcy that best meets your needs provided you meet certain qualifications):

**Chapter 7:** A trustee is appointed to take over your property. Any property of value will be sold or turned into money to pay your creditors. You may be able to keep some personal items and possibly real estate depending on the law of the State where you live and applicable federal laws.

**Chapter 11:** This is used mostly by businesses. In chapter 11, you may continue to operate your business, but your creditors and the court must approve a plan to repay your debts. There is no trustee unless the judge decides that one is necessary; if a trustee is appointed, the trustee takes control of your business and property.

**Chapter 12:** Like chapter 13, but it is only for family farmers and family fishermen.

**Chapter 13:** You can usually keep your property, but you must earn wages or have some other source of regular income and you must agree to pay part of your income to your creditors. The court must approve your repayment plan and your budget. A trustee is appointed and will collect the payments from you, pay your creditors, and make sure you live up to the terms of your repayment plan.

If you have already filed bankruptcy under chapter 7, you may be able to change your case to another chapter.

Your bankruptcy may be reported on your credit record for as long as ten years. It can affect your ability to receive credit in the future.

## What is a Bankruptcy Discharge and how does it Operate?

One of the reasons people file bankruptcy is to get a "discharge." A discharge is a court order which states that you do not have to pay most of your debts. Some debts cannot be discharged. For example, you cannot discharge debts for:

- most taxes;
- child support;
- alimony;

- most student loans;
- court fines and criminal restitution; and
- personal injury caused by driving drunk or under the influence of drugs.

The discharge only applies to debts that arose before the date you filed. Also, if the judge finds that you received money or property by fraud, that debt may not be discharged.

It is important to list all your property and debts in your bankruptcy schedules. If you do not list a debt, for example, it is possible the debt will not be discharged. The judge can also deny your discharge if you do something dishonest in connection with your bankruptcy case, such as destroy or hide property, falsify records, or lie, or if you disobey a court order.

You can only receive a chapter 7 discharge once every eight years. Other rules may apply if you previously received a discharge in a chapter 13 case. No one can make you pay a debt that has been discharged, but you can voluntarily pay any debt you wish to pay. You do not have to sign a reaffirmation agreement (see below) or any other kind of document to do this.

Some creditors hold a secured claim (for example, the bank that holds the mortgage on your house or the loan company that has a lien on your car). You do not have to pay a secured claim if the debt is discharged, but the creditor can still take the property.

## What is a Reaffirmation Agreement?

Even if a debt can be discharged, you may have special reasons why you want to promise to pay it. For example, you may want to work out a plan with the bank to keep your car. To promise to pay that debt, you must sign and file a reaffirmation agreement with the court. Reaffirmation agreements are under special rules and are voluntary. They are not required by bankruptcy law or by any other law.

Reaffirmation agreements —

- must be voluntary;
- must not place too heavy a burden on you or your family;
- must be in your best interest; and
- can be canceled any time before the court issues your discharge or within 60 days after the agreement is filed with the court, whichever gives you the most time.

If you are an individual and you are not represented by an attorney, the court must hold a hearing to decide whether to approve the reaffirmation agreement. The agreement will not be legally binding until the court approves it.

If you reaffirm a debt and then fail to pay it, you owe the debt the same as though there was no bankruptcy. The debt will not be discharged and the creditor can take action to recover any property on which it has a lien or mortgage. The creditor can also take legal action to recover a judgment against you.

*If you want more information or have any questions about how the bankruptcy laws affect you, you may need legal advice. The trustee in your case is not responsible for giving you legal advice.*

### Office of the United States Trustee

### District Offices

**Los Angeles District Office**
915 Wilshire Blvd., Suite 1850
Meeting Rooms:  Suite 1050
Los Angeles, CA 90017
(213) 894-6811

**Woodland Hills District Office**
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017
(213) 894-6811

**Woodland Hills 341(a) Meeting Room Location**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**Santa Barbara 341(a) Meeting Room Location**
128 East Carrillo Street
Santa Barbara, CA 93101

**Riverside District Office**
3801 University Avenue, Suite 720
Meeting Rooms:  First Floor
Riverside, CA  92501-3255
(951) 276-6990

**Santa Ana District Office**
411 West Fourth Street, Suite 9041
Chapter 7 Meeting Rooms:  3rd Floor
Chapter 11/13 Meeting Rooms: 1st Floor
Santa Ana, CA  92701
(714) 338-3400

Revised 04/22/2014