FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF CHAPTER 7 CASE CLOSED
# WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Jayden A Ruiz
**SSN:** xxx−xx−3313
**EIN:** N/A
fka Thomas Ruiz

661 S Evanwood Ave
West Covina, CA 91790−3645

**BANKRUPTCY NO.** 2:24−bk−11992−DS
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: June 17, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2015

**14 / AUTU**