United States Bankruptcy Court

Central District of California

In re:                                                Case No. 24-11992-DS
Jayden A Ruiz                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                                  Page 1 of 2
Date Rcvd: Jun 17, 2024                   Form ID: van102                           Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jayden A Ruiz, 661 S Evanwood Ave, West Covina, CA 91790-3645 |
| 41889053 | Anaya Law Group, 2629 Townsgate Rd Ste 140, Westlake Vlg, CA 91361-2984 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 18 2024 01:03:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 18 2024 01:04:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 18 2024 01:02:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41889054 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 18 2024 01:02:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 41889055 | | Email/Text: bankruptcy@cavps.com | Jun 18 2024 01:04:00 | CAVALRY PORTFOLIO SERVICES, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 41889056 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2024 01:31:15 | CITIBANK / HOME DEPOT, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41889057 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2024 01:19:53 | CITIBANK / MACYS, PO Box 8218, Mason, OH 45040-8218 |
| 41889058 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2024 01:04:00 | CREDIT COLLECTION SERVICES, 725 Canton St, Norwood, MA 02062-2679 |
| 41889059 | | Email/Text: mrdiscen@discover.com | Jun 18 2024 01:02:00 | DISCOVER BANK, PO Box 30939, Salt Lake Cty, UT 84130-0939 |
| 41889060 | + | Email/Text: Banko@frontlineas.com | Jun 18 2024 01:04:00 | FRONTLINE ASSET STRATEGIES, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 41889061 | | Email/Text: specialservices1@lafcu.org | Jun 18 2024 01:02:00 | LOS ANGELES FEDERAL CREDIT UNION, PO Box 53032, Los Angeles, CA 90053-0032 |
| 41889062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2024 01:19:53 | PORTFOLIO RECOVERY ASSOCIATES, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 41889063 | + | Email/Text: bankruptcy@swmc.com | Jun 18 2024 01:04:00 | SUN WEST MORTGAGE COMPANY, 18303 Gridley Rd, Cerritos, CA 90703-5400 |
| 41889064 | + | Email/Text: bnc@nordstrom.com | Jun 18 2024 01:03:30 | TD BANK / NORDSTROM, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 41889065 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2024 01:02:00 | VERIZON WIRELESS, PO Box 650051, Dallas, TX 75265-0051 |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 17, 2024 | Form ID: van102 | Total Noticed: 17 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Jayden A Ruiz bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Jayden A Ruiz
**SSN:** xxx–xx–3313
**EIN:** N/A
fka Thomas Ruiz

661 S Evanwood Ave
West Covina, CA 91790–3645

**BANKRUPTCY NO.** 2:24–bk–11992–DS
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: June 17, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2015

**14 / AUTU**